# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>David Nunez<br><br>　　　　Defendant. | Case No.: 07-1126-mmm<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of CA** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **the facts in the Pretrial Services Report & Probation**

1 | Officer's Violation Report — namely, defendant's
2 | criminal history.
3 |
4 | and/or
5 | B.  ☒  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: the facts in the Pretrial Services Report & Probation
10 | Officer's Violation Report — namely, defendant's
11 | criminal history, which includes a presently pending
12 | state charge for narcotics distribution
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 4/21/08
18 |
19 |                                    _____
20 |                                    JENNIFER T. LUM
                                       UNITED STATES MAGISTRATE JUDGE